IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BLAKE OF CHICAGO CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Bankr. Case No. 04-12002 (JLP)<br>Bankr. Adv. No. 05-54141<br>Jointly Administered |
| A.B. DICK COMPANY and<br>PARAGON CORPORATE HOLDINGS,<br>INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MHR CAPITAL PARTNERS LP,<br>MHR INSTITUTIONAL PARTNERS LP,<br>MHRM LP and MHR FUND<br>MANAGEMENT LLC,<br><br>Defendants. | Civ. Action No. 05-00116-KAJ |
| MHR CAPITAL PARTNERS LP, MHR<br>INSTITUTIONAL PARTNERS LP, and<br>MHRM LP,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>N.E.S. INVESTMENT COMPANY, *et al.*<br><br>Third-Party Defendants. | Civil Action No. 05-00115-KAJ |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

  Julie L. Fielder, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for MHR Capital Partners LP,

460.001-8802

MHR Institutional Partners LP, MHR Fund Management LLC, and MHRM LP in the above referenced cases, and on the 25th day of July, 2005, she caused a copy of the following:

**JOINT STATEMENT**

to be served upon the parties identified on the attached list in the manner as indicated.

_____
Julie L. Fielder

SWORN TO AND SUBSCRIBED before me this 25th day of July, 2005.

_____
Notary Public

LINDA M. ROGERS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 20, 2007

460.001-8802

| | |
|---|---|
| Frederick B. Rosner, Esq.<br>Jaspan Schlesinger Homman<br>1201 North Orange Street, Suite 1001<br>Wilmington, DE 19801<br><br>*By Hand Delivery* | Jeffery Scwartz, Esq.<br>John A. Gleason, Esq.<br>Michael D. Zaverton, Esq.<br>Benesch, Friedlander, Coplan & Arronoff LLP<br>2300 BP Tower<br>200 Public Square<br>Cleveland, OH 44114-2378<br><br>*By First Class Mail* |
| Jeffrey D. Ubersax<br>JONES DAY<br>North Point, 901 Lakeside Avenue<br>Cleveland, OH 44114<br><br>*By First Class Mail* | Jeffrey C. Wisler<br>Marc J. Phillips<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>1002 N. Orange Street, 9th Floor<br>Wilmington, DE 19801<br><br>*By Hand Delivery* |
| Charles W. Zepp<br>Hugh E. McKay<br>Charles W. Zepp<br>PORTER WRIGHT MORRIS & ARTHUR LLP<br>925 Euclid Avenue, Suite 1700<br>Cleveland, OH 44115<br><br>*By First Class Mail* | Ray Lemisch<br>ADELMAN LAVINE GOLD AND LEVIN<br>919 Market Street, Suite 710<br>Wilmington, DE 19801<br><br>*By Hand Delivery* |
| John D. Parker<br>Brett A. Wall<br>James A. Slater<br>BAKER & HOSTETLER LLP<br>1900 East 9th Street<br>3200 National City Center<br>Cleveland, OH 44114<br><br>*By First Class Mail* | David B. Stratton<br>James C. Carignan<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19801<br><br>*By Hand Delivery* |
| Thomas S. Kilbane<br>Joseph C. Weinstein<br>SQUIRE SANDERS & DEMPSEY, LLP<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114<br><br>*By First Class Mail* | Lawrence C. Ashby<br>Philip Trainer, Jr.<br>ASHBY & GEDDES<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801<br><br>*By Hand Delivery* |