IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------X
In re                                                             :    Chapter 11
                                                                  :
BLAKE OF CHICAGO CORP., *et al.*,                                 :    Case No. 04-12002 (CGC)
                                                                  :
            Debtors.                                              :    Jointly Administered
------------------------------------------------------------------X
A.B. DICK COMPANY and                                             :
PARAGON CORPORATE HOLDINGS, INC.,                                 :
                                                                  :    Case No. 1:05-CV-00116-KAJ
            Plaintiffs,                                           :
                                                                  :
      v.                                                          :
                                                                  :
MHR CAPITAL PARTNERS, L.P.,                                       :
MHR INSTITUTIONAL PARTNERS, L.P.,                                 :
MHRM, L.P., and MHR FUND MANAGEMENT LLC,                          :
                                                                  :
            Defendants.                                           :
------------------------------------------------------------------X
MHR CAPITAL PARTNERS, L.P.,                                       :
MHR INSTITUTIONAL PARTNERS, L.P.,                                 :
and MHRM, L.P.,                                                   :    Case No. 1:05-CV-00115-KAJ
                                                                  :
            Third-Party Plaintiffs,                               :
                                                                  :
      v.                                                          :
                                                                  :
N.E.S. INVESTMENT COMPANY, *et al.*,                              :
                                                                  :
            Third-Party Defendants.                               :
------------------------------------------------------------------X

## REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR. 7.1.4, MHR Capital Partners LP, MHR Institutional Partners LP, MHRM LP and MHR Fund Management LLC (collectively, "MHR") hereby notify the Court that briefing is complete on their Motion to Dismiss, or in the Alternative for Summary

460.001-9543.DOC

Judgment, on Counts II and III of the Amended Complaint (the "Motion"). MHR respectfully requests oral argument on the Motion at the Court's convenience.

Dated: October 4, 2005

LANDIS RATH & COBB LLP

*/s/ Richard S. Cobb*

Richard S. Cobb (No. 3157)
Megan N. Harper (No. 4103)
919 Market Street, Suite 600
Wilmington, DE 19801
Telephone: (302) 467-4400

-and-

David S. Rosner, Esquire
Michael M. Fay, Esquire
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700

Counsel To Appellants MHR Capital Partners LP, MHR Institutional Partners LP, MHRM LP and MHR Fund Management LLC