# LANDIS RATH & COBB LLP

A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW

919 MARKET STREET, SUITE 600
P.O. BOX 2087
WILMINGTON, DELAWARE 19899
www.lrclaw.com

Megan N. Harper
Direct Dial: 302.467.4416
Email: harper@lrclaw.com

Telephone: 302.467.4400
Facsimile: 302.467.4450

October 4, 2005

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

Re:   A.B. Dick Company, *et al.*, v MHR Capital Partners, *et al.*,
      District Court Case No. 1:05-CV-00116-KAJ
      MHR Capital Partners LP *et al.*, v. N.E.S. Investment Company, *et al.*,
      District Court Case No. 1:05-CV-00115-KAJ

Dear Judge Jordan:

      Enclosed please find a courtesy copy of MHR Capital Partners LP's, MHR Institutional Partners LP's, MHRM LP's and MHR Fund Management LLC's (collectively, "MHR") Request for Oral Argument Pursuant to Local District Court Civil Rule 7.1.4 (the "Request"). Due to an oversight, MHR is filing the Request out of time. MHR has contacted counsel for the Plaintiffs and the Plaintiffs do not oppose this Request. Accordingly, MHR apologizes for the delay and respectfully asks that the Court grant the Request and set oral argument at the Court's convenience.

Very truly yours,

Megan N. Harper

MNH:bjr
Enclosure

cc:   *(Via Facsimile)*
      Frederick B. Rosner, Esquire        Jeffrey Schwartz, Esquire
      Jeffrey D. Ubersax, Esquire         Jeffrey C. Wisler, Esquire
      Charles W. Zepp, Esquire            Ray Lemisch, Esquire
      John D. Parker, Esquire             David B. Stratton, Esquire
      Thomas S. Kilbane, Esquire          Lawrence C. Ashby, Esquire

460.001-9545.DOC