IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------X | | |
| In re | : | Chapter 11 |
| | : | |
| BLAKE OF CHICAGO CORP., *et al.*, | : | Case No. 04-12002 (CGC) |
| | : | |
| Debtors. | : | Jointly Administered |
| ------------------------------------------------------------X | | |
| A.B. DICK COMPANY and | : | |
| PARAGON CORPORATE HOLDINGS, INC., | : | |
| | : | Case No. 1:05-CV-00116-KAJ |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| MHR CAPITAL PARTNERS, L.P., | : | |
| MHR INSTITUTIONAL PARTNERS, L.P., | : | |
| MHRM, L.P., and MHR FUND MANAGEMENT LLC, | : | |
| | : | |
| Defendants. | : | |
| ------------------------------------------------------------X | | |
| MHR CAPITAL PARTNERS, L.P., | : | |
| MHR INSTITUTIONAL PARTNERS, L.P., | : | |
| and MHRM, L.P., | : | Case No. 1:05-CV-00115-KAJ |
| | : | |
| Third-Party Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| N.E.S. INVESTMENT COMPANY, *et al.*, | : | |
| | : | |
| Third-Party Defendants. | : | |
| ------------------------------------------------------------X | | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

   Barbara J. Rost, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for MHR Capital Partners LP, MHR Institutional Partners LP, MHRM LP and MHR Fund Management LLC in the above-

460.001-9555.DOC

referenced cases, and on the 4th day of October, 2005, she caused a copy of the following document:

**REQUEST FOR ORAL ARGUMENT**

to be served upon the following parties via facsimile:

| NAME | COMPANY | PHONE NUMBER | FACSIMILE NUMBER |
| --- | --- | --- | --- |
| Frederick B. Rosner, Esq. | Jaspan Schlesinger Hoffman | 302-351-8005 | 302-351-8010 |
| H. Jeffrey Schwartz, Esq. | Benesch, Friedlander, Coplan & Arronoff | 216-363-4500 | 216-363-4588 |
| Jeffrey D. Ubersax | Jones Day | 216-586-3939 | 216-579-0212 |
| Charles W. Zepp | Porter Wright Morris & Arthur | 216-443-9000 | 216-443-9011 |
| John D. Parker | Baker & Hostetler | 216-621-0200 | 216-696-0740 |
| Thomas S. Kilbane | Squire Sanders & Dempsey | 216-479-8500 | 216-479-8780 |
| Jeffrey C. Wisler | Connolly Bove Lodge & Hutz | 302-888-6258 | 302-658-0380 |
| Ray Lemisch | Adelman Levine Gold & Levin | 302-654-8200 | 302-654-8217 |
| David B. Stratton | Pepper Hamilton | 302-777-6566 | 302-421-8390 |
| Lawrence C. Ashby | Ashby & Geddes | 302-654-1888 | 302-654-2067 |

_____
Barbara J. Rost

SWORN TO AND SUBSCRIBED before me this 4th day of October, 2005.

_____
Notary Public
My Commission Expires: _____

CATHY A. ADAMS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 5, 2006

460.001-9555.DOC