IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 04-12002 (CGC) <br> ) <br> ) Jointly Administered <br> ) |
| BLAKE OF CHICAGO CORP., et al., | |
| Debtors. | |
| A.B. DICK COMPANY and PARAGON CORPORATE HOLDINGS, INC., | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) Civil Action No. 05-116-KAJ <br> ) |
| MHR CAPITAL PARTNERS, L.P., MHR INSTITUTIONAL PARTNERS, L.P., MHRM, L.P., and MHR FUND MANAGEMENT LLC, | ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |
| MHR CAPITAL PARTNERS, L.P., MHR INSTITUTIONAL PARTNERS, L.P., and MHRM, L.P., | ) <br> ) <br> ) <br> ) |
| Third-Party Plaintiffs, | ) <br> ) |
| v. | ) Civil Action No. 05-115-KAJ <br> ) |
| N.E.S. INVESTMENT COMPANY, et al., | ) <br> ) |
| Third-Party Defendants. | ) |

## **ORDER**

Oral argument on the pending motions to dismiss in the above captioned actions will be heard on **November 14, 2005** beginning at 9:30 a.m. and concluding at

10:30 a.m. in courtroom 6-A, 6th Fl., J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE

October 5, 2005
Wilmington, Delaware