# LANDIS RATH & COBB LLP

A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW

919 MARKET STREET, SUITE 600
P.O. BOX 2087
WILMINGTON, DELAWARE 19899
www.lrclaw.com

Megan N. Harper
Direct Dial: 302.467.4416
Email: harper@lrclaw.com

Telephone: 302.467.4400
Facsimile: 302.467.4450

November 2, 2005

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

Re: A.B. Dick Company, *et al.*, v MHR Capital Partners, *et al.*,
District Court Case No. 1:05-CV-00116-KAJ
MHR Capital Partners LP *et al.*, v. N.E.S. Investment Company, *et al.*,
District Court Case No. 1:05-CV-00115-KAJ

Dear Judge Jordan:

Pursuant to the Court's October 5, 2005 Order, oral argument on the pending motions to dismiss in the above-captioned actions is scheduled for November 14, 2005. However, only MHR Capital Partners LP, MHR Institutional Partners LP, MHRM LP and MHR Fund Management LLC's (collectively, "MHR") Motion to Dismiss, or In the Alternative, for Summary Judgment, on Counts II and III of the Amended Complaint (the "MHR Motion to Dismiss") in District Court Case No. 05-00116 is ready for oral argument. In addition, MHR's Request for Oral Argument sought oral argument before the Court with regard to MHR's Motion to Dismiss.

Pursuant to the Stipulation and Order Staying Third-Party Action and Extending the Time Within Which the Third-Party Plaintiffs Must Respond to Certain Motions Filed by the Third-Party Defendants or, in the Alternative, Dismissing the Third-Party Action [D.I. 5] all matters in District Court Case No. 05-00115 are stayed pending a determination and entry of a final, non-appealable order with respect to the matters before the Court in District Court Case No. 05-00116.

460.001-9880.DOC

The Honorable Kent A. Jordan
United States District Court
November 2, 2005
Page 2

      MHR apologizes for any confusion caused by their Request for Oral Argument.

Very truly yours,

*Megan N. Harper*

MNH:bjr

cc:   *(Via Facsimile)*
      Frederick B. Rosner, Esquire      Jeffrey Schwartz, Esquire
      Jeffrey D. Ubersax, Esquire       Jeffrey C. Wisler, Esquire
      Charles W. Zepp, Esquire         Ray Lemisch, Esquire
      John D. Parker, Esquire           David B. Stratton, Esquire
      Thomas S. Kilbane, Esquire      Lawrence C. Ashby, Esquire