IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------X
In re                                          :   Chapter 11
                                               :
BLAKE OF CHICAGO CORP., et al.,                :   Case No. 04-12002 (KJC)
                                               :
            Debtors.                           :   Jointly Administered
------------------------------------------------------------X
A.B. DICK COMPANY and                          :
PARAGON CORPORATE HOLDINGS, INC.,              :
                                               :
                                               :   Case No. 1:05-CV-00116-KAJ
            Plaintiffs,                        :
                                               :
     v.                                        :
                                               :
MHR CAPITAL PARTNERS, L.P.,                    :
MHR INSTITUTIONAL PARTNERS, L.P.,              :
MHRM, L.P., and MHR FUND MANAGEMENT LLC,       :
                                               :
            Defendants.                        :
------------------------------------------------------------X
MHR CAPITAL PARTNERS, L.P.,                    :
MHR INSTITUTIONAL PARTNERS, L.P.,              :
and MHRM, L.P.,                                :   Case No. 1:05-CV-00115-KAJ
                                               :
            Third-Party Plaintiffs,            :
                                               :
     v.                                        :
                                               :
N.E.S. INVESTMENT COMPANY, et al.,             :
                                               :
            Third-Party Defendants.            :
------------------------------------------------------------X
```

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1), the undersigned parties hereby stipulate and agree that the

1435158

above-captioned action is DISMISSED with prejudice in its entirety, with each party to bear its own costs.

| LANDIS RATH & COBB LLP | THE BAYARD FIRM |
|---|---|
| *signature* | *signature* |
| Richard S. Cobb (DE Bar No. 3157) | Jeffrey M. Schlerf (No. 3047) |
| Rebecca L. Butcher (DE Bar No. 3816) | Mary E. Augustine (No. 4477) |
| James S. Green, Jr. (DE Bar No. 4406) | 222 Delaware Avenue, 9th FloorSuite 1200 |
| 919 Market Street, Suite 600 | Wilmington, Delaware 19801 |
| Wilmington, Delaware 19801 | Telephone: (302) 655-5000 |
| Telephone: (302) 467-4400 | Facsimile: (302) |
| Facsimile: (302) 467-4450 | |

- and -                                      - and -

KASOWITZ, BENSON, TORRES         McGUIREWOODS LLP
& FRIEDMAN, LLP                  James H. Joseph
Michael M. Fay                   Michael M. Schmahl
1633 Broadway                    77 West Wacker Drive, Suite 4400
New York, New York 10019         Chicago, Illinois 60601-1681
Telephone: (212) 506-1700        Telephone: (312) 849-8100
Facsimile: (302) 506-1800        Facsimile: (312) 849-3690

Counsel to Defendant/Third Party Plaintiff        Counsel to Plaintiff
MHR CAPITAL PARTNERS LP, MHR                      BLAKE OF CHICAGO, CORP., *et al.*,
INSTITUTIONAL PARTNERS LP, MHRM                   f/k/a A.B. DICK COMPANY, *et al.*
LP AND MHR MANAGEMENT LLC

Dated: November __, 2006                          Dated: November __, 2006

**ASHBY & GEDDES**                                **ADELMAN LAVINE GOLD AND LEVIN**

_____                   _____
Lawrence C. Ashby (ID No. 468)                    Ray Lemisch (ID No. 4204)
Philip Trainer, Jr. (ID No. 2788)                 919 Market Street, Suite 710
222 Delaware Avenue, 17th Floor                   Wilmington, DE 19801
Wilmington, DE 19801                              Telephone: (302) 654-8200
Telephone: (302) 654-1888
Facsimile: (302) 654-2067                         -and-

above-captioned action is DISMISSED with prejudice in its entirety, with each party to bear its own costs.

| | |
|---|---|
| **LANDIS RATH & COBB LLP** | **THE BAYARD FIRM** |

_____        _____
Richard S. Cobb (DE Bar No. 3157)   Jeffrey M. Schlerf (No. 3047)
Rebecca L. Butcher (DE Bar No. 3816)
James S. Green, Jr. (DE Bar No. 4406)   Mary E. Augustine (No. 4477)
919 Market Street, Suite 600        222 Delaware Avenue, 9th FloorSuite 1200
Wilmington, Delaware 19801          Wilmington, Delaware 19801
Telephone: (302) 467-4400           Telephone: (302) 655-5000
Facsimile: (302) 467-4450           Facsimile: (302)

- and -                             - and -

**KASOWITZ, BENSON, TORRES          McGUIREWOODS LLP
& FRIEDMAN, LLP**                   James H. Joseph
Michael M. Fay                      Michael M. Schmahl
1633 Broadway                       77 West Wacker Drive, Suite 4400
New York, New York 10019            Chicago, Illinois 60601-1681
Telephone: (212) 506-1700           Telephone: (312) 849-8100
Facsimile: (302) 506-1800           Facsimile: (312) 849-3690

Counsel to Defendant/Third Party Plaintiff   Counsel to Plaintiff
MHR CAPITAL PARTNERS LP, MHR                 BLAKE OF CHICAGO, CORP., *et al.*,
INSTITUTIONAL PARTNERS LP, MHRM              f/k/a A.B. DICK COMPANY, *et al.*
LP AND MHR MANAGEMENT LLC

Dated: November __, 2006            Dated: November __, 2006

**ASHBY & GEDDES**                  **ADELMAN LAVINE GOLD AND LEVIN**

                                    /s/ [signature]
_____         _____
Lawrence C. Ashby (ID No. 468)      Ray Lemisch (ID No. 4204)
Philip Trainer, Jr. (ID No. 2788)   919 Market Street, Suite 710
222 Delaware Avenue, 17th Floor     Wilmington, DE 19801
Wilmington, DE 19801                Telephone: (302) 654-8200
Telephone: (302) 654-1888
Facsimile: (302) 654-2067                       -and-

above-captioned action is DISMISSED with prejudice in its entirety, with each party to bear its own costs.

| | |
|---|---|
| **LANDIS RATH & COBB LLP** | **THE BAYARD FIRM** |

Richard S. Cobb (DE Bar No. 3157)  
Rebecca L. Butcher (DE Bar No. 3816)  
James S. Green, Jr. (DE Bar No. 4406)  
919 Market Street, Suite 600  
Wilmington, Delaware 19801  
Telephone: (302) 467-4400  
Facsimile: (302) 467-4450  

- and -

**KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP**  
Michael M. Fay  
1633 Broadway  
New York, New York 10019  
Telephone: (212) 506-1700  
Facsimile: (302) 506-1800  

Counsel to Defendant/Third Party Plaintiff  
MHR CAPITAL PARTNERS LP, MHR INSTITUTIONAL PARTNERS LP, MHRM LP AND MHR MANAGEMENT LLC  

Dated: November __, 2006  

**ASHBY & GEDDES**  

Lawrence C. Ashby (ID No. 468)  
Philip Trainer, Jr. (ID No. 2788)  
222 Delaware Avenue, 17th Floor  
Wilmington, DE 19801  
Telephone: (302) 654-1888  
Facsimile: (302) 654-2067  

Jeffrey M. Schlerf (No. 3047)  

Mary E. Augustine (No. 4477)  
222 Delaware Avenue, 9th FloorSuite 1200  
Wilmington, Delaware 19801  
Telephone: (302) 655-5000  
Facsimile: (302)  

- and -  
**McGUIREWOODS LLP**  
James H. Joseph  
Michael M. Schmahl  
77 West Wacker Drive, Suite 4400  
Chicago, Illinois 60601-1681  
Telephone: (312) 849-8100  
Facsimile: (312) 849-3690  

Counsel to Plaintiff  
BLAKE OF CHICAGO, CORP., *et al.*, f/k/a A.B. DICK COMPANY, *et al.*  

Dated: November __, 2006  

**ADELMAN LAVINE GOLD AND LEVIN**  

Ray Lemisch (ID No. 4204)  
919 Market Street, Suite 710  
Wilmington, DE 19801  
Telephone: (302) 654-8200  

-and-  

2

-and-

| | |
|---|---|
| **SQUIRE SANDERS & DEMPSEY, LLP**<br>Thomas S. Kilbane<br>Joseph C. Weinstein<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114<br>Telephone: (216) 479-8500<br>Facsimile: (216) 479-8780<br><br>Counsel to Third-Party Defendant Squire, Sanders & Dempsey, LLP<br><br>Dated: November __, 2006 | **PORTER WRIGHT MORRIS & ARTHUR LLP**<br>Hugh E. McKay<br>Charles W. Zepp<br>925 Euclid Avenue, Suite 1700<br>Cleveland, OH 44115<br>Telephone: (216) 443-9000<br>Facsimile: (216) 443-9011<br><br>Counsel to Third Party Defendants Robert J. Tomsich; John H. Fountain; John R. Tomsich; Frank D. Zaffino; Gregory T. Knipp; James W. Wert; Donald Hastings; and John Kahl, Jr.<br><br>Dated: November ____, 2006 |
| **CONNOLLY BOVE LODGE & HUTZ LLP**<br>*/s/ Jeffrey C. Wisler*<br>Jeffrey C. Wisler (ID No. 2795)<br>Marc J. Phillips (ID No 4445)<br>The Nemours Building<br>1007 N. Orange Street, 9th Floor<br>P.O. Box 2207<br>Wilmington, DE 19899<br>Telephone:  (302) 658-9141<br>Telefax:    (302) 658-0380<br><br>-and-<br><br>**JONES DAY**<br>Jeffery D. Ubersax<br>North Point, 901 Lakeside Avenue<br>Cleveland, OH 44114-1190<br>Telephone:  (216) 586-3939<br>Telefax:    (216) 579-0212<br><br>Counsel for Third-Party Defendant Brown, Gibbons, Lang & Company<br><br>Dated: November **15**, 2006 | **PEPPER HAMILTON LLP**<br>_____<br>David B. Stratton (ID No. 960)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19899<br><br>-and-<br><br>**BAKER & HOSTETLER LLP**<br><br>John D. Parker<br>Brett A. Wall<br>James A. Slater<br>1900 East 9th Street<br>3200 National City Center<br>Cleveland, OH 44114<br>Telephone: (216) 621-0200<br>Telefax: (216) 696-0740<br><br>Counsel for Third-Party Defendant N.E.S. Investment Company<br><br>Dated: November __, 2006 |

-and-

| | |
|---|---|
| **SQUIRE SANDERS & DEMPSEY, LLP**<br>Thomas S. Kilbane<br>Joseph C. Weinstein<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114<br>Telephone: (216) 479-8500<br>Facsimile: (216) 479-8780<br><br>Counsel to Third-Party Defendant Squire, Sanders & Dempsey, LLP<br><br>Dated: November __, 2006 | **PORTER WRIGHT MORRIS & ARTHUR LLP**<br>Hugh E. McKay<br>Charles W. Zepp<br>925 Euclid Avenue, Suite 1700<br>Cleveland, OH 44115<br>Telephone: (216) 443-9000<br>Facsimile: (216) 443-9011<br><br>Counsel to Third Party Defendants Robert J. Tomsich; John H. Fountain; John R. Tomsich; Frank D. Zaffino; Gregory T. Knipp; James W. Wert; Donald Hastings; and John Kahl, Jr.<br><br>Dated: November ____, 2006 |
| **CONNOLLY BOVE LODGE & HUTZ LLP**<br><br>_____<br>Jeffrey C. Wisler (ID No. 2795)<br>Marc J. Phillips (ID No 4445)<br>The Nemours Building<br>1007 N. Orange Street, 9th Floor<br>P.O. Box 2207<br>Wilmington, DE 19899<br>Telephone:   (302) 658-9141<br>Telefax:          (302) 658-0380<br><br>-and-<br><br>**JONES DAY LLP**<br>Jeffery D. Ubersax<br>North Point, 901 Lakeside Avenue<br>Cleveland, OH 44114-1190<br>Telephone:    (216) 586-3939<br>Telefax:          (216) 579-0212<br><br>Counsel for Third-Party Defendant Brown, Gibbons, Lang & Company<br><br>Dated: November __, 2006 | **PEPPER HAMILTON LLP**<br><br>*/s/ David B. Stratton*<br>David B. Stratton (ID No. 960)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19899<br><br>-and-<br><br>**BAKER & HOSTETLER LLP**<br><br>John D. Parker<br>Brett A. Wall<br>James A. Slater<br>1900 East 9th Street<br>3200 National City Center<br>Cleveland, OH 44114<br>Telephone: (216) 621-0200<br>Telefax: (216) 696-0740<br><br>Counsel for Third-Party Defendant N.E.S. Investment Company<br><br>Dated: November __, 2006 |

3